USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALTAUNE BROWN,

                Plaintiff,

       - against -

FU TAI INC. and FU FA REALTY, INC.,

                Defendants.
------------------------------------------------------------X

23-CV-10442 (JHR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As directed at the hearing held on June 18, 2024,

1. By Friday June 21, 2024, Plaintiff shall fully comply with Plaintiff's document requests and fully and substantively respond to Plaintiff's interrogatories.

2. By Wednesday June 26, the parties shall meet and confer and file a letter proposing a revised case schedule.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 18, 2024
      New York, New York

Copies transmitted this date to all counsel of record.